UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA         21-CR-00458 (CBA)(SJB)

-aganist

ERNESTO HERACLITO WEISSON PAZMINO

Defendant.

------------------------------X

**SANKET J. BULSARA, U.S.M.J.:**

### CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE SANKET J. BULSARA

United States Magistrate Judge Sanket J. Bulsara has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Sanket J. Bulsara. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Sanket J. Bulsara.

_____
ERNESTO HERACLITO WEISSON PAZMINO
Defendant

_____
DANIEL L. RASHBAUM
Attorney for the Defendant

By: _____
Assistant U.S. Attorney

Dated: Brooklyn, New York
       APRIL 20, 2022

COURT'S EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT. # 21 cr 458
DATE: 4/20/22